In the Matter of the Accounting of EDGAR F. LUCKENBACH, as Trustee under the Will of LEWIS LUCKENBACH, Deceased. EDGAR F. LUCKENBACH, JR., et al., Respondents; LEWIS LUCKENBACH et al., Appellants.

Argued March 4, 1954; decided July 14, 1954.

*Francis A. McGrath* for appellants.

*Robert W. Owens, Jr.,* for Edgar F. Luckenbach, Jr., respondent.

*Harold M. Kennedy* and *James McKinley Rose* for Roscoe H. Hupper, executor, respondent.

*Robert L. Clare, Jr.,* for Joseph W. Drake, respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.